MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O`Hagan Wolfe**
**CLERK OF COURT**

**Date:** 2/20/08                    DC Docket Number: 07-cv-10434

**Docket Number:** 07-5399-OD          DC:     SDNY (NEW YORK CITY)

**Short Title:**   Urena v. Quarantillo     DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of February , two thousand eight.

Milbio A. Urena,

        Petitioner,

            v.



Andrea  Quarantillo,

        Respondent.

**NOTICE HAVING BEEN GIVEN** that the petitioner was required to file an application requesting that this court authorize a second or successive habeas corpus petition in the United States District Court, and **PETITIONER HAVING FAILED**  to file said application within the **FORTY FIVE DAYS** prescribed, **authorization for the underlying petition is DENIED pursuant to Liriano v. USA**, 95 F.3d 119  (2nd Cir. (NY)).  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT.**

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this order was mailed this date to all parties to this action.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By:   _Gislaine Phillip_
Gislaine  Phillip, Deputy Clerk

A TRUE COPY
Thomas Asreen, Acting Clerk
by _Gislaine Phillip_
Deputy Clerk

Certified:   FEB 2 0 2008

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
**CLERK OF COURT**

**Date:** 2/20/08

Docket Number: 07-5399-op

Short Title: Urena v. Quarantillo

DC Docket Number: 07-cv-10434

DC: SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of February, two thousand eight.

Milbio A. Urena,

Petitioner,

v.

Andrea Quarantillo,

Respondent.



**NOTICE HAVING BEEN GIVEN** that the petitioner was required to file an application requesting that this court authorize a second or successive habeas corpus petition in the United States District Court, and **PETITIONER HAVING FAILED** to file said application within the **FORTY FIVE DAYS** prescribed, **authorization for the underlying petition is DENIED pursuant to Liriano v. USA**, 95 F.3d 119 (2nd Cir. (NY)). Any motions pending prior to the entry of this order of dismissal are deemed **MOOT.**

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this order was mailed this date to all parties to this action.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _Gislaine Phillip_

Gislaine Phillip, Deputy Clerk

THE CERTIFIED ( )ORDER ( )NOTICE
( ) STATEMENT OF COSTS
HAS BEEN RECEIVED BY: ___
DATE